IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JUAN ORTIZ, | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. SA-24-CV-00175-FB |
| SCHNEIDER NATIONAL CARRIERS, INC. | § | |

## *ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT*

Before the Court is the Agreed Rule 41(a) Stipulation of Dismissal of Plaintiff filed on July 8, 2025 (docket #60), in which Plaintiff Juan Ortiz stipulates to the dismissal of all claims in this lawsuit against the remaining Defendant Schneider National Carriers, Inc. (hereinafter Schneider) pursuant to Rule 41(a) of the Federal Rules of Civil Procedure because he no longer desires to pursue his causes of action against Defendant Schneider and dismisses the case with prejudice. The Court has considered the Agreed Rule 41(a) Stipulation of Dismissal and finds the case should be dismissed as requested.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED, that this case is DISMISSED WITH PREJUDICE. Motions pending, if any, are DISMISSED, and this case is now CLOSED.[1]

It is so ORDERED.

SIGNED this 31st day of July, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE

---

[1] Defendant Ryan Cunningham was dismissed from this case on April 25, 2025 (docket #54), and because Plaintiff's Second Amended Complaint, which appears to be the first time Schneider National Leasing, Inc. was included as a defendant, was stricken from the record (docket #54), no parties remain in this litigation.